ORIGINAL

FILED

MAY - 6 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile:  (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| In Re: | ) Chapter 13 |
|---|---|
| STEVEN OLNESS | ) Case No. 04-56081 ASW |
|  | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2467840 for an unclaimed dividend in the amount of $10.43. The name and address of the claimant entitled to the unclaimed dividend is as follows;

STEVEN OLNESS
390 LA STRADA DR APT 26
SAN JOSE, CA  95123

Dated: May 04, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE